154 A.3d 165

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DARIUS X. EL-BEY (A/K/A OTIS CLINTON),
DEFENDANT-PETITIONER.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002252-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 166

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GARY D. STEVENSON, DEFENDANT-PETITIONER.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005963-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.